JAMES SANCHEZ, City Attorney (SBN 116356)
**SARI MYERS DIERKING, Senior Deputy City Attorney (SBN 226805)**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO
JUSTIN BROWN, erroneously sued herein as JAY BROWN,
and PAUL FONG, erroneously sued herein as FONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLIE HALCOMB,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF SACRAMENTO; JAY BROWN, in his individual capacity as a City of Sacramento police officer; Fong, in his individual capacity as a City of Sacramento police officer, Does 1 to 50, inclusive,<br><br>    Defendants. | Case No.:<br><br>**DEFENDANTS' NOTICE OF REMOVAL** |

   NOTICE IS HEREBY GIVEN that pursuant to 28 U.S.C. sections 1441 through 1451, Defendant CITY OF SACRAMENTO, JUSTIN BROWN, erroneously sued herein as JAY BROWN, and PAUL FONG, erroneously sued herein as FONG hereby remove to this Court the state court action described below:

   **1.   Commencement of State Action**

       On October 28, 2014, an action was commenced against Defendants CITY OF SACRAMENTO, Officer JUSTIN BROWN, erroneously sued herein as JAY BROWN, and Officer PAUL FONG, erroneously sued herein as FONG, in the Superior Court of

California in and for the County of Sacramento entitled: *Arlie Halcomb v. City of Sacramento, et al.* Case No. 34-2014-00170783.

True and correct copies of all process, pleadings and Orders filed in the state court action are attached to this Notice as **Exhibit "1."**

**2.     Timeliness of Removal**

The City of Sacramento was served with process by personal service on October 31, 2014. Officer Justin Brown, erroneously sued herein as Jay Brown and Officer Paul Fong, erroneously sued herein as Fong were served with process by personal service on November 3, 2014. This Notice of Removal is timely pursuant to 28 U.S.C. section 1446(b).

**3.     Jurisdiction**

This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. section 1331 and is one which Defendant may remove to this Court pursuant to 28 U.S.C. section 1441(b) in that it is a civil action founded on a claim arising under the Constitution of the United States. Pursuant to 42 U.S.C. section 1983, Plaintiff has alleged that the City of Sacramento, Officer Brown, and Officer Fong violated his civil rights, including rights secured by the Fourth Amendment to the United States Constitution.

Defendant will serve Plaintiff with a copy of this Notice. Additionally, a copy of this Notice will be filed with the Clerk of the Superior Court of the State of California, County of Sacramento.

DATED: December 1, 2014

JAMES SANCHEZ,
City Attorney

By:  /s/ Sari Myers Dierking
**SARI MYERS DIERKING**
Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO JUSTIN BROWN, erroneously sued herein as JAY BROWN, and PAUL FONG, erroneously sued herein as FONG

**PROOF OF SERVICE**

I declare that:

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to this action; my business address is 915 I Street, Room 4010, Sacramento, CA 95814-2604. On the date executed below, I served the following document(s):

NOTICE OF REMOVAL

[ X ]   **By United States Mail.** I enclosed the documents in a sealed envelope or a package addressed to the person(s) at the addresses listed below and:

(1) [  ] Deposited in a sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) [ X ] Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employee in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California.

addressed as follows:

Mark E. Merin
Law Office of Mark E. Merin
1010 F. Street, Suite 300
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct, and that the declaration was executed on December 1, 2014, at Sacramento, California.

/S/ Erica Dillard
ERICA D. DILLARD