1  JAMES SANCHEZ, City Attorney (SBN 116356)
   **SARI MYERS DIERKING, Senior Deputy City Attorney (SBN 226805)**
2  CITY OF SACRAMENTO
   915 I Street, Room 4010
3  Sacramento, CA  95814-2608
   Telephone:  (916) 808-5346
4  Telecopier:  (916) 808-7455

5  Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARLIE HALCOMB | Case No.: 14-1516 |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| CITY OF SACRAMENTO; JAY BROWN, in his individual capacity as a City of Sacramento police officer; Fong, in his individual capacity as a City of Sacramento police officer, Does 1 to 50, inclusive | |

## PROOF OF SERVICE

CASE NAME:       Halcomb, Arlie v. City of Sacramento, et al.
COURT:              Eastern District of California
CASE NUMBER:   34-2014-00170783

I declare that:

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to this action; my business address is 915 I Street, Room 4010, Sacramento, CA 95814-2604. On the date executed below, I served the following document(s):

### NOTICE TO STATE COURT

[ X ]    **By United States Mail.** I enclosed the documents in a sealed envelope or a package addressed to the person(s) at the addresses listed below and:

(1) [ ] Deposited in a sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) [ X ] Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employee in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California.

addressed as follows:

Mark E. Merin
Law Office of Mark E. Merin
1010 F Street, Suite 300
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct, and that the declaration was executed on December 1, 2014, at Sacramento, California.

/s/ Erica Dillard
ERICA D. DILLARD

1

PROOF OF SERVICE

405141