UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLIE HALCOMB, | No.  2:14-cv-2796 MCE KJN (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

On March 17, 2016, this matter came before the undersigned for hearing of plaintiff's motion to compel.  Attorneys Mark Merin and Paul Masuhara appeared on behalf of the plaintiff and attorney Andrea Velasquez appeared on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to compel (Dkt. No. 42) is granted in part, pursuant to the parties' agreement;

2.  In light of the parties' agreement, defendants shall produce to plaintiff responsive documents from the time period September 2012 to August 8, 2014; and

/////

////

/////

1

3. Pursuant to the parties' agreement, defendants shall produce the documents to plaintiff promptly, but no more than three weeks from the date of this order, and shall communicate with plaintiff's counsel regarding the anticipated document production date.

Dated: March 17, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

halcomb2796.oah.031716