JAMES SANCHEZ, City Attorney (SBN 116356)
**ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)**
AVelasquez@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLIE HALCOMB,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF SACRAMENTO; JUSTIN BROWN, PAUL FONG, ANDREW LEAL, and, Does 1 to 50, inclusive<br><br>          Defendants. | Case No.: 2:14-cv-02796-MCE-KJN (TEMP)<br><br>**ORDER RE SUBSTITUTION OF EXHIBITS** |

Based on the Stipulation of the parties to this action, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Exhibit C attached to Defendants' Notice of Lodgment of Exhibits in Support of their Cross-Motion for Partial Summary Judgment (Doc. No. 50-4), and attached to Defendants' Notice of Lodgment of Exhibits in Support of their Opposition to Plaintiff's Motion for Summary Adjudication (Doc. No. 49-4) is hereby substituted with a partially redacted version of the same exhibit.

///

///

1  The original versions of Exhibit C shall be returned to Defendants' through their counsel
2  of record.
3  IT IS SO ORDERED.
4  Dated: June 14, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE