UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLIE HALCOMB,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; JUSTIN BROWN, PAUL FONG, ANDREW LEAL, and, Does 1 to 50, inclusive<br><br>        Defendants. | Case No.: 2:14-cv-02796-MCE-DB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

The Court finding good cause, pursuant to the Joint Motion of the parties,

IT IS HERBY ORDERED that the above-referenced matter hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1), and pursuant to the Joint Motion of the parties. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS